# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Willie Austin ,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        3:11-cv-478

NC Department of Corrections, et al

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 11, 2012 Order.

Signed: January 11, 2012

Frank G. Johns, Clerk
United States District Court